UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

LEIGHANN GARCIA,

        Debtor.

Chapter 13
Case No. 21-20217

### ORDER DENYING MOTION TO RECONSIDER DISMISSAL OF CASE

      By her letter to the court filed at Docket Entry ("D.E.") 22, LeighAnn Garcia seeks reconsideration of the October 21, 2021 order (D.E. 18) dismissing her case for failure to file a certificate of credit counseling pursuant to 11 U.S.C. § 109(h).  The Court previously denied Ms. Garcia's request for permission to obtain credit counseling post-petition.  As the Court explained in its October 7, 2021 order, 11 U.S.C. § 109(h) states that only individuals who complete credit counseling within 180 days before filing a petition are eligible for bankruptcy relief.   As the Court finds no authority by which it may permit Ms. Garcia to complete the credit counseling course post-petition, dismissal of her case was both appropriate and necessary.  Motions for reconsideration are evaluated under the rubric of Fed. R. Civ. P. 60(b), as made applicable by Fed. R. Bankr. P. 9024, and Ms. Garcia has provided no basis under Rule 60(b) for reconsideration.  Therefore, her motion seeking reconsideration is DENIED.

Dated:  October 28, 2021

/s/ Peter G. Cary
Judge Peter G. Cary
United States Bankruptcy Code